Travis M. Wheeler (026415)
Sarah A. Brunswick (038432)
**BOWMAN AND BROOKE LLP**
2929 N. Central Avenue, Suite 1900
Phoenix, Arizona 85012
Tel: (602) 643-2300
Fax: (602) 248-0947
travis.wheeler@bowmanandbrooke.com
sarah.brunswick@bowmanandbrooke.com

John F. Weeks IV (*pro hac vice* forthcoming)
Steven A. Vickery (*pro hac vice* forthcoming)
**SMITH, GAMBRELL & RUSSELL, LLP**
1105 West Peachtree Street NE, Suite 1000
Atlanta, Georgia 30309
Tel: (404) 815-3500
Fax: (404) 815-3509
jweeks@sgrlaw.com
svickery@sgrlaw.com

*Attorneys for Defendant Taurus International Manufacturing, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeni Hurrle, as Guardian of and next kin of L.H., a minor, and Jeni Hurrle, as Special Administrator of the Estate of Valarie "Elise" Hurrle, deceased,<br><br>Plaintiff,<br><br>v.<br><br>Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.,<br><br>Defendants. | Case No.: 2:23-cv-02372-DGC<br><br>**DEFENDANT TAURUS INTERNATIONAL MANUFACTURING, INC.'S MOTION TO DISMISS COUNTS II, III, VII, VIII, IX, X, AND THE UNNUMBERED COUNT** |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Taurus International Manufacturing, Inc. ("TIMI") respectfully moves to dismiss Counts II (Breach of Express Warranty), III (Breach of Implied Warranty of Merchantability), VII (Negligent Misrepresentation), VIII (Vicarious Liability – Actual Agency), IX (Vicarious Liability – Apparent Agency), X (Vicarious Liability – Joint Venture), and the unnumbered count for "Combining and Concurring Conduct" for

failure to state a claim. This motion is supported by the following Memorandum of Law. Further, movant hereby certifies that, before filing this motion, movant notified the opposing party of the issues asserted in the motion and the parties were unable to agree that the pleading was curable in any part by a permissible amendment offered by the pleading party.

## MEMORANDUM OF LAW

### *Introduction*

This is a products-liability action arising from the discharge of a GX4 pistol in Mesa, Arizona on April 7, 2023. Plaintiff alleges the pistol fired when it was dropped, killing Valarie "Elise" Hurrle ("Ms. Hurrle"). Plaintiff Jeni Hurrle, by and as Guardian of a minor and as Special Administrator of the Estate of Valarie "Elise" Hurrle, filed this lawsuit on November 13, 2023, against Taurus Holdings, Inc. ("Holdings") and a company it owns, TIMI. TIMI denies all counts. Counts II, III, and VII fail to state a claim on the face of the Complaint, so they should be dismissed. Counts VIII, IX, X, and the final count for "Combining and Concurring Conduct" should also be dismissed for failure to state a claim because they are not independent causes of action.

### *Plaintiff's Complaint*

The Complaint alleges Enrique Jaramillo purchased a Taurus-brand GX4 pistol, bearing Serial Number 1GA67361 (the "Subject Pistol"), new from a business on or about February 1, 2022. (Compl., Doc. 1, ¶¶ 6, 7, 16.) The Complaint is silent about the location of Mr. Jaramillo's purchase. The Complaint also does not indicate how Ms. Hurrle came to possess the Subject Pistol but indicates it was her pistol and she purchased it, presumably from Mr. Jaramillo. (*Id.* ¶¶ 6, 18.) The Complaint describes the Subject Pistol as "Elise's pistol" and that Ms. Hurrle carried the Subject Pistol in a holster that was attachable to the side of her waistband. (*Id.* ¶ 16.) Plaintiff states that while Ms. Hurrle was at work on April 7, 2023, the Subject Pistol discharged a bullet after Ms. Hurrle dropped it, and the bullet hit Ms. Hurrle, causing her death. (*Id.* ¶¶ 17–18.) Plaintiff contends the Subject Pistol is "unreasonably dangerous and unfit for its intended use" because of a "Drop-Fire Defect" that results when the gun's safeties do not prevent it from firing if dropped. (*Id.* ¶ 6.) The Complaint never alleges when or how Ms. Hurrle, who

1   apparently purchased the Subject Pistol secondhand, received the Instruction Manual and
2   Limited Warranty from either Defendant. (*Cf. id.* ¶ 28.)

3       TIMI and Holdings are each Georgia corporations. (*Id.* ¶ 2.) After stating that Holdings
4   is the "one hundred percent stockholder of Defendant TIMI," the Complaint's substantive
5   allegations are then directed almost exclusively to the "Taurus Defendants." (*Id.*) At one point,
6   the Complaint recognizes that TIMI distributes and sells pistols in the United States. (*Id.* ¶ 15.)
7   Counts VIII, IX, and X all attribute the breaches of duty alleged in the "preceding paragraphs"
8   to TIMI, not Holdings. (*Id.* ¶¶ 64, 72, 77.)

9       Regarding Holdings and TIMI, Plaintiff further alleges: (1) "many individuals who work
10  on designing, manufacturing, engineering, testing, inspecting, marketing, importing,
11  distributing, supplying, and/or selling Taurus pistols, including the pistol that is the subject of
12  this suit, are employees of both TIMI and Taurus Holdings" (*id.* ¶ 3); and (2) TIMI and
13  Holdings "are each included as either insureds or additional insured on the same insurance
14  policies" (*id.*) Count IX adds that TIMI Holdings and TIMI "shared offices for years," have the
15  same CEO, and share "[a]t least some employees." (*Id.* ¶ 68.)

16  ***Argument***

17      To survive a motion to dismiss under Rule 12(b)(6), "a complaint must contain sufficient
18  factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft*
19  *v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570
20  (2007)). A plaintiff must plead "facts" that are sufficient "to nudge [her] claims across the line
21  from conceivable to plausible." *Twombly*, 550 U.S. at 570. Doing so "requires more than labels
22  and conclusions, and a formulaic recitation of the elements of a cause of action will not do."
23  Id. at 555 (citation omitted).

24  **I.    The warranty and negligent misrepresentation claims fail to state a claim.**

25      Ms. Hurrle purchased the Subject Pistol secondhand. The Complaint never alleges when,
26  how, or where Ms. Hurrle obtained the Subject Pistol, the Instruction Manual, or the Limited
27  Warranty for the Subject Pistol. According to the Complaint, the original purchaser (Enrique
28  Jaramillo) purchased the Subject Pistol from a retailer, not TIMI or Holdings. (*Id.* ¶ 16.)

3

1   Plaintiff's negligent misrepresentation and warranty claims should be dismissed.

2       **A.    Plaintiff's negligent misrepresentation count fails to state a claim.**

3       Arizona recognizes the tort of negligent misrepresentation as creating liability for "[o]ne

4   who, in the course of his business, profession or employment, or in any other transaction in

5   which he has a pecuniary interest, supplies false information for the guidance of others in their

6   business transactions, is subject to liability for pecuniary loss caused to them by their justifiable

7   reliance upon the information, if he fails to exercise reasonable care or competence in obtaining

8   or communicating the information." *St. Joseph's Hosp. & Med. Ctr. v. Rsrv. Life Ins. Co.*, 154

9   Ariz. 307, 312, 742 P.2d 808, 813 (1987) (quoting Restatement (Second) of Torts § 552 (Am.

10   L. Inst. 1977)). "Liability for negligent misrepresentation is narrow in scope because it is

11   premised on the reasonable expectations of a ***foreseeable user*** of information supplied in

12   connection with ***commercial transactions***. *Id.* at 312–13, 742 P.2d at 813–14 (emphasis added).

13   Plaintiff must plead: (1) each Defendant provided Ms. Hurrle with false or incorrect

14   information, or omitted or failed to disclose material information; (2) each Defendant intended,

15   or could reasonably foresee, that Ms. Hurrle would rely on that information; (3) each Defendant

16   failed to exercise reasonable care in communicating that information; (4) Ms. Hurrle relied on

17   that information; (5) Ms. Hurrle's reliance was justified; and (6) Ms. Hurrle suffered pecuniary

18   loss as a result. *See* RAJI (Civil) 7th, Commercial Torts Instruction 24 (2017).

19       *First*, Plaintiff fails to satisfy the heightened pleading requirement of Fed. R. Civ. P.

20   9(b) applicable to negligent misrepresentation claims. *See HM Hotel Props. v. Peerless Indem.*

21   *Ins. Co.*, 874 F. Supp. 2d 850, 854–55 (D. Ariz. 2012) (Campbell, J.) (citing cases). "The

22   complaint 'must state the time, place, and specific content of the false representations as well

23   as the identities of the parties to the misrepresentation.'" *Id.* at 854 (quoting *Schreiber Distrib.*

24   *Co. v. Serv–Well Furniture Co.*, 806 F.2d 1393, 1401 (9th Cir. 1986)).

25       The Complaint provides selected excerpts from a firearm manual but never states the

26   who, when, where, and how of the alleged misrepresentations. The Complaint does not allege

27   when or how Ms. Hurrle came to possess the Subject Pistol, nor does the Complaint allege how

28   and when information provided by a Defendant (presumably the Instruction Manual and the

Limited Warranty) was transmitted to Ms. Hurrle, if at all. Instead, Plaintiff's negligent misrepresentation claim contains only conclusory allegations and various excerpts compiled from a manual for another firearm. (*Compare* Compl., Doc. 1, *¶¶* 56–57, *with* Ex. B to Declaration of Bret Vorhees, attached hereto as Ex. 1.) Moreover, the Complaint is devoid of allegations supporting the bare and conclusory allegation that Ms. Hurrle relied upon statements of fact by TIMI and Holdings. (*Cf.* Compl., Doc. 1, ¶ 59.) (Ms. Hurrle "justifiably relied on the false statements by purchasing, retaining, repairing, carrying and using the subject pistol.")

*Second*, Plaintiff cannot plead Ms. Hurrle is "a foreseeable user of information supplied in connection with [a] **commercial transaction**[]" who suffered a "**pecuniary loss**." *See St. Joseph's*, 154 Ariz. at 312, 742 P.2d at 813 (emphasis added); *cf.* (Compl., Doc. 1, ¶¶ 59–60). Plaintiff's claim fails as a matter of law because Arizona does not recognize a cause of action for negligent misrepresentation outside business transactions. In other words, negligent misrepresentation claims are economic torts and not legally viable in personal injury actions.

This is so because Arizona's definition of negligent misrepresentation comes from the Restatement (Second) of Torts § 552 (1977). *St. Joseph's*, 154 Ariz. at 312, 742 P.2d at 813. Comment *a* to Section 552 illustrates that section's inapplicability in this case:

> Although liability under the rule stated in this Section is based upon negligence of the actor in failing to exercise reasonable care or competence in supplying correct information, the scope of his liability is not determined by the rules that govern liability for the negligent supplying of chattels that imperil the security of the person, land or chattels of those to whom they are supplied (see §§ 388-402), or other negligent misrepresentation that results in physical harm. (See § 311).

If Section 552 applied to product manufacturers and distributors like TIMI, the Restatement's wholly separate "rules that govern liability for the negligent supplying of *chattels*" would be superfluous. Applying the Restatement, the tort of negligent misrepresentation only arises for those in the business or profession of supplying or selling *information* as a product. Section 552 applies to accountants or appraisers or investment advisors. But not product manufacturers.

TIMI is in the business of selling firearms and provides information concerning those products. TIMI has no pecuniary interest in supplying the information itself. Indeed, the

owner's manuals of TIMI's products are available—free of charge—on TIMI's website. The Complaint contains no allegations that any part of TIMI's business is supplying information. Moreover, the Complaint contains no plausible allegation of a commercial transaction between TIMI and Ms. Hurrle: TIMI does not—and cannot—sell firearms directly to consumers, and in any case, Ms. Hurrle was seemingly a secondhand purchaser. Accordingly, Plaintiff's misrepresentation claims fail as a matter of law.

**B.     Plaintiff's express and implied warranty claims should be dismissed for lack of privity and by the terms of the limited warranty.**

*First*, the claims for breach of express and implied warranty (Counts II and III) should be dismissed for lack of privity. Privity of contract is required to state a claim for breach express or implied warranty under Arizona's codification of the Uniform Commercial Code ("U.C.C."). *See Flory v. Silvercrest Indus., Inc.*, 129 Ariz. 574, 578, 633 P.2d 383, 387 (1981); *see also Chaurasia v. Gen. Motors Corp.*, 212 Ariz. 18, 24 ¶¶ 16–17, 126 P.3d 165, 171 (App. 2006) (holding the Arizona Supreme Court "acknowledged that the privity requirement extends to both implied and express warranties"); *Yee v. Nat'l Gypsum Co.*, No. CV-09-8189-PHX-DGC, 2010 WL 2572976, at *2 (D. Ariz. June 22, 2010) (Campbell, J.) (dismissing implied warranty claim against manufacturer where consumer purchased product from independent retailer). In *Flory*, purchasers of a mobile home sued the manufacturer for breach of express and implied warranties. 129 Ariz. at 578, 633 P.2d at 387. Because plaintiffs had purchased the vehicle from a dealer and not directly from the manufacturer, the Court held that "lack of privity does preclude recovery." *Id.*

Arizona has created a limited exception to the U.C.C.'s privity requirement for certain personally injured plaintiffs. *See* A.R.S. § 47-2318. However, vertical privity—i.e., "privity in the chain of distribution" between the purchaser and manufacturer—is still required even if that exception applies. *See Flory*, 129 Ariz. at 578-79, 33 P.2d at 388 (holding exception for third-party beneficiaries "does not create warranties on the part of . . . remote manufacturers").

Here, Plaintiff has not—and cannot—allege privity of contract with TIMI or Holdings. Enrique Jaramillo purchased the Subject Pistol new from a non-party retailer, Sportsman's

1    Warehouse. (Compl., Doc. 1, ¶¶ 7, 16.) Thus, there is no privity between Mr. Jaramillo and

2    TIMI (or Holdings). Ms. Hurrle, who purchased the Subject Pistol secondhand, lacks privity

3    with TIMI, the manufacturer of the Subject Pistol, and with Holdings. *See id.* Accordingly,

4    Plaintiff's express or implied warranty claims should be dismissed.

5         *Second*, the breach of express warranty claim should be dismissed because the warranty

6    is limited by its terms to the original purchaser. A manufacturer may limit an express warranty

7    to its terms. *Chaurasia*, 212 Ariz. at 22, 126 P.3d at 169 (recognizing manufacturers may limit

8    warranties); *Seekings v. Jimmy GMC of Tucson, Inc.*, 130 Ariz. 596, 604, 638 P.2d 210, 218

9    (1981) (enforcing written disclaimer in warranty). A copy of the Instruction Manual and

10   Limited Warranty provided with GX4 pistols, including the Subject Pistol, is submitted

11   herewith. (Ex. B. to Declaration of Bret Vorhees, Ex. 1 hereto.)[1] It states that the limited lifetime

12   warranty is provided only "to the original purchaser of the enclosed Taurus firearm" and that

13   the "warranty terminates automatically upon the transfer of this firearm to any individual or

14   entity other than the original purchaser." (Ex. B to Declaration of Bret Vorhees at 36, Ex. 1

15   hereto.)

16        The Complaint identifies Enrique Jaramillo as the original purchaser of the Subject

17   Pistol. The Complaint states he purchased the Subject Pistol "new" from Sportsman's

18   Warehouse. (Compl., Doc. 1, ¶¶ 7, 16.) Thus, Ms. Hurrle does not have a claim under the

19   limited warranty because she is not the original purchaser covered by the warranty, so for that

20   additional reason, the breach of express warranty claim should be dismissed.

21   ///

22   ///

23

24   _____

25   [1] Without converting a motion to dismiss into a motion for summary judgment, a court may
     consider a document as incorporated by reference in the Complaint if "the plaintiff refers

26   extensively to the document or the document forms the basis of the plaintiff's claim." *Davis v.
     HSBC Bank Nevada, N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012) (citation omitted). Here, the

27   Instruction Manual and Limited Warranty are (incorrectly) alleged to form the basis of
     Plaintiff's warranty claims and negligent misrepresentation claim. (*See, e.g.*, Compl., Doc. 1,

28   ¶¶ 28, 29, 56, 57.)

**II.    Counts VIII, IX, and X, as well as the Unnumbered "Combining and Concurring Conduct" Count are not independent causes of action, so they should be dismissed.**

Four counts in the Complaint should be dismissed because they fail to state a claim. Count VIII (Vicarious Liability, Actual Agency), Count IX (Vicarious Liability, Apparent Agency), Count X (Vicarious Liability, Joint Venture), and the Unnumbered "Combining and Concurring Conduct" count (collectively "the veil-piercing counts") are not independent causes of action but remedies or procedural means of allowing liability on a substantive claim. *See Perry v. Unum Life Ins. Co. of Am.*, 353 F. Supp. 2d 1237, 1239 n.2 (N.D. Ga. 2005) (dismissing Joint Venture and Alter Ego Count because "there is no independent cause of action in Georgia for 'engaging in a joint venture' or 'acting as an alter ego'"); *see also In re Elegant Custom Homes, Inc.*, No. CV06-2574-PHX-DGC, 2007 WL 1412456, at *5 (D. Ariz. May 14, 2007) (finding "alter ego" and "veil piercing" are not independent causes of action), *aff'd sub nom. Dusharm v. Elegant Custom Homes, Inc.*, 302 F. App'x 571 (9th Cir. 2008). "Arizona law does not recognize a claim for piercing the corporate veil . . . as an independent cause of action." *See Zounds Hearing Franchising LLC v. Moser*, No. CV-16-00619-PHX-DGC, 2016 WL 6476291, at *7 (D. Ariz. Nov. 2, 2016) (citations omitted) (dismissing claim for piercing the corporate veil as an independent cause of action). Accordingly, the "veil-piercing counts" should be dismissed.

### Conclusion

For the foregoing reasons, Counts II, III, VII, VIII, IX, X, and the Unnumbered Count of Plaintiff's Complaint should be dismissed.

Respectfully submitted, this 22nd day of December, 2023.

BOWMAN AND BROOKE LLP

By:*/s/Travis M. Wheeler*_____
    Travis M. Wheeler
    Sarah A. Brunswick
    2929 N. Central Avenue, Suite 1900
    Phoenix, Arizona 85012

1

2      John F. Weeks IV (*pro hac vice* forthcoming)
       Steven A. Vickery (*pro hac vice* forthcoming)
3      SMITH, GAMBRELL & RUSSELL, LLP
       1105 West Peachtree Street NE, Suite 1000
4      Atlanta, Georgia 30309

5
       *Attorneys for Defendant Taurus International*
6      *Manufacturing, Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on December 22, 2023, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice

4

of Electronic Filing to the following CM/ECF registrant:

5

6

7

*/s/Jeannette Felix*
An Employee of Bowman and Brooke LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JENI HURRLE, as Guardian of and next kin of L.H., a minor, and JENI HURRLE, as Special Administrator of the ESTATE OF VALARIE "ELISE" HURRLE, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>TAURUS INTERNATIONAL MANUFACTURING, INC., and TAURUS HOLDINGS, INC.,<br><br>        Defendants. | Case No.: 2:23-cv-02372-DGC<br><br><br>**DECLARATION OF BRET VORHEES** |

I, Bret Vorhees, declare as follows:

1.     My name is Bret Vorhees, and I am over the age of eighteen years of age, of sound mind, and otherwise competent to give this Declaration. The facts stated below are true and correct to the best of my knowledge, information, and belief.

2.     I am the Chief Executive Officer of Taurus Holdings, Inc. ("Holdings"). Holdings owns various companies that import, design, manufacture, assemble, and then sell firearms in the United States of America through the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives-sanctioned system, that is, by sale to independent federally-licensed distributors or dealers. None of the companies owned by Holdings sell firearms to consumers.

3.     One such company owned by Holdings is Taurus International Manufacturing, Inc. ("TIMI").  I am the Chief Executive Officer for TIMI.

4.     Based on my duties for TIMI and Holdings, I am personally knowledgeable about each company's business and the facts set forth below.

5.     Holdings is a Georgia corporation with its principal and only place of business in Bainbridge, Georgia.

6.     TIMI is a Georgia corporation with its principal and only place of business in Bainbridge, Georgia.

7.     Holdings owns all of the shares of TIMI.

8.     TIMI holds a Type 7 "Manufacturer of Firearms Other than Destructive Devices" Federal Firearms License ("FFL").  TIMI also holds a Type 8 "Importer of Firearms Other than Destructive Devices" FFL.  I am one of the Responsible Persons on TIMI's FFLs.

9.      In that role, I am ultimately responsible for all aspects of TIMI's import and manufacture of firearms in the United States, including adherence to and compliance with a myriad of U.S. federal and state rules and regulations governing the firearms industry.

10.    More specifically, one of my responsibilities is to ensure that TIMI complies with 27 C.F.R. §§ 478.101 & 123, which require a licensee to "record . . . the type, model, caliber or gauge, and serial number . . . of each firearm manufactured or otherwise acquired" and thereafter maintain, a Firearms Acquisition & Disposition Record Book—known in the industry as an "A&D" or "A&D Book."  This same federal regulation also requires a licensee to record a disposition or transfer of the firearm in like manner.

11.     TIMI has permission from the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives' Director of Industry Operations to maintain its A&D electronically.

12.     I have been informed that this lawsuit involves a Taurus GX4 pistol bearing serial number 1GA67361 the ("Subject Pistol").

13.     Attached as **Exhibit A** is a true and correct copy of the A&D entry showing TIMI's acquisition of the Subject Pistol on January 13, 2022, and disposition of the Subject Pistol to Lipsey's, Inc., located at 7277 Exchequer Drive Baton Rouge, Louisiana 70809, on January 17, 2022.

14.     Holdings does not have a FFL, and therefore cannot and does not design, import, manufacture, assemble, test, package, ship, label, advertise, promote, market, warrant, or repair firearms in any way.

15.     Although owned by Holdings, TIMI is a separate, distinct, and independent corporation. The separate corporate identities of TIMI and Holdings have been maintained.

16.     TIMI is adequately capitalized.

17.     TIMI and Holdings maintain separate and independent boards of directors, by-laws, minutes, corporate records, financial records, and bank accounts.

18.     TIMI and Holdings do not treat the assets of one entity as the assets of the other.

19.     Holdings does not direct the day-to-day operations of TIMI.

20.     Holdings is not a shell or sham corporation of TIMI.  And TIMI is not a shell or sham corporation of Holdings.

21.     The limited warranties covering Taurus-branded firearms are offered by and honored by TIMI.

22.     Holdings does not have any employees, officers, directors, agents, managers, salespersons, offices, business or manufacturing facilities, inventory, assets, telephone numbers, bank accounts, or other personal property in the state of Arizona.  Holdings has never owned, leased, occupied, or otherwise held any interest in any real property located in the State of Arizona.

23.     Holdings, as well as the companies it owns such as TIMI, are not authorized, licensed, or registered to conduct business with the Arizona Secretary of State.

24.     Further, TIMI does not have any employees, officers, directors, agents, managers, salespersons, offices, business or manufacturing facilities, inventory, assets, telephone numbers, bank accounts, or other personal property in the State of Arizona. TIMI has never owned, leased, occupied, or otherwise held any interest in any real property located in the State of Arizona.

25.     The firearms that TIMI imports, manufactures, or assembles, including Taurus-branded GX4 pistols, are sold from Georgia to federally-licensed distributors and dealers throughout the United States. TIMI does not sell firearms directly to consumers. The distributor and dealer customers of TIMI are owned by individuals or entities not connected to TIMI or Holdings; they are not owned or controlled by Holdings or TIMI. After it sells firearms to a distributor or dealer, TIMI is not involved with, does not determine, and does not control where the firearms are then sold to retail consumers.

26.     TIMI did not produce the GX4 model pistol specifically for use in Arizona.

27.     TIMI does not direct its marketing or advertising for the GX4 model pistol directly to Arizona or Arizona residents.

28.     Attached hereto as **Exhibit B** is a true and correct copy of the instruction manual and limited warranty for the GX4 model pistol assembled by TIMI.  A copy of this document is placed in each GX4 TIMI sells to federally-licensed firearms distributors and dealers.

29.     Any warranty work for Taurus-branded firearms, such as the GX4 pistol, is performed at TIMI's facility in Georgia.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 21st day of December, 2023.

Bret Vorhees

5

EXHIBIT A

## Serial Search For Serial #:  1GA67361

### Transaction History Results

| Serial # | Sys \| Doc | Origin \| FFL | Mfg \| Name | Model \| Date | Entity \| Address |
|---|---|---|---|---|---|
| 1GA67361 | GP10-2004M | USA | Taurus Int. Mfg..Inc | 1-GX4M931 | 1-58-087-07-2F-14382 |
| Acquisition >> | 00000000000324170 | 58-14382 | Taurus | 1/13/2022 | Taurus 100 Taurus Way  Bainbridge, GA 39817 |
| Disposition >> | 02-SLSDIS00306578 | 72-09424 | LIPSEY S INC. | 1/17/2022 | LIPSEY S INC. 7277 EXCHEQUER DRIVE  BATON ROUGE, LA 708090000 |

### Microfische Results

| Serial # | Microfische |
|---|---|
| | |

### Acquisition Results

| Serial # | Doc | FFL | Name | Date | Address |
|---|---|---|---|---|---|
| 1GA67361 | 00000000000324151 | | | 1/13/2022 | , |
| 1GA67361 | 00000000000324170 | 58-14382 | Taurus | 1/13/2022 | 100 Taurus Way  Bainbridge, GA 39817 |

### Repair Results

| Serial # | SO # \| Rcv \| Ship | Status \| Tracking In \| Out | Model | Last Location \| Name  \| Address |
|---|---|---|---|---|

### Current Inventory Results

| Serial # | Doc \| Location | FFL \| Cal-Ga | Name \| Mfg | Model \| Type | Acquisition |
|---|---|---|---|---|---|

EXHIBIT B



# TAURUS GX4™

### INSTRUCTION MANUAL

## GENERAL SAFETY, OPERATING INSTRUCTIONS AND LIMITED WARRANTY

**READ CAREFULLY BEFORE USING YOUR FIREARM**

**Important: Keep this manual with your firearm.**

The information contained in this manual is useful, both for beginners and experienced shooters.  In addition to important information about the function, cleaning and care of the firearm, this manual contains instructions that will be very helpful in shooting safely.

**The most important rule of safe firearm handling is always keep the muzzle pointed in a safe direction!**



**TaurusUSA.com**   /TaurusUSA   @taurususa   /TaurusUSA

- Available in 9mm Luger
- Matte Black Finish
- Single Action Only (Striker Fire)
- Drift adjustable rear sight
- Flat face Target Trigger
- Trigger Safety Blade
- Signature Indexing and Recoil Management Pad (RMP)

# CONTENTS

Firearm Safety .......................................................... 5

Get To Know Your Pistol .................................... 12

Ammunition ........................................................ 16

Operating Instructions ....................................... 20

Disassembly ......................................................... 24

Assembly .............................................................. 27

Care and Maintenance ....................................... 28

T.O.R.O. Configuration ....................................... 29

Exploded View ..................................................... 32

Taurus® Service ................................................... 34

> ## ⚠️ WARNING
>
> The safety warnings in this booklet are important. By understanding the dangers inherent in the use of any firearm, and by taking the precautions described herein, you can safely enjoy your Taurus® firearm. Failure to follow any of these warnings can result in serious injury to you or others, as well as severe damage to the firearm or other property.

## NOTES



## SIGNAL WORDS AS DEFINED BY
## ANSI Z535.6 AND Z535.4 STANDARDS.

| ⚠ DANGER | DANGER indicates a hazardous situation which, if not avoided, will result in death or serious injury. |
|---|---|
| ⚠ WARNING | WARNING indicates a hazardous situation which, if not avoided, could result in death or serious injury. |
| ⚠ CAUTION | CAUTION indicates a hazardous situation which, if not avoided, could result in minor or moderate injury. |
| NOTICE | NOTICE is used to address practices not related to physical injury. |

## FIREARM SAFETY

### ⚠ WARNING

When a firearm discharges, the bullet or shot can strike a person, resulting in death or serious bodily injury.

The three basic keys to safe handling of firearms:

**1. KEEP THE MUZZLE POINTED IN A SAFE DIRECTION.** Even if the firearm discharges, if the muzzle is pointed in a safe direction, no one will be injured.

**2. KEEP YOUR FINGER OFF THE TRIGGER UNTIL YOU ARE READY TO FIRE.** If you maintain good trigger discipline, it is extremely unlikely the firearm will fire.

**3. NEVER TRUST ANY SAFETY MECHANISM.** If you adopt the attitude that you will not trust any safety mechanism, you will be vigilant about keeping your finger off the trigger and keeping the muzzle pointed in a safe direction.

### ⚠ WARNING - KNOW YOUR TARGET

Never fire at targets at close range. Ricochets can and do cause death or serious bodily injury. What constitutes "close range" depends on many factors including target material, bullet caliber and angle of impact.

**KNOW WHAT IS BEHIND YOUR TARGET.** Unless you are shooting into a bullet trap designed to capture the type of ammunition you are firing, projectiles may pass through the target and strike anyone or anything beyond. Bullets can travel miles.

**ALWAYS WEAR HEARING PROTECTION.** Firearms are loud. The sound they generate is greater indoors. Repeated exposure to loud noises can cause deafness. Hearing protection is rated by decibel reduction. Look for "dB" reduction of 30 or more when purchasing ear protection. Modern ear protection can allow normal hearing until the sound from the discharge reaches the ear. By layering hearing protection, for example, wearing 30db rated foam plugs with 20db rated ear muffs, significant protection can be achieved.

**ALWAYS WEAR EYE PROTECTION.** In normal operation, firearms emit hot high-velocity gases, particles and metal. These materials flying into your eye can cause blindness. Protect your vision with proper eye protection. Any eye protection may be better than none, but look for ANSI Z87.1-2003 certified eyewear for the best protection.

**NEVER HANDLE FIREARMS WHILE UNDER THE INFLUENCE OF DRUGS OR ALCOHOL.** Firearms are dangerous. Handling firearms while impaired by drugs or alcohol is foolhardy and can result in serious injury or death. This warning includes prescription drugs that contain a warning about using machinery or driving while taking the medication.

**MODIFIED FIREARMS ARE DANGEROUS, AND USE CAN RESULT IN SERIOUS INJURY OR DEATH.** "Trigger jobs," polishing original components or installing aftermarket parts can cause a firearm to function in ways different than intended. Some such work may also be illegal.

**DAMAGED FIREARMS ARE DANGEROUS, AND USE CAN RESULT IN SERIOUS INJURY OR DEATH.** Repairs should always be made by a qualified gunsmith or by a factory-authorized repair site. Work done by those unfamiliar with the design can cause a firearm to function in ways different than intended.

**NEVER ATTEMPT TO DISASSEMBLE OR CLEAN A LOADED FIREARM. DOING SO CAN RESULT IN SERIOUS BODILY INJURY OR DEATH.** How often have we heard "But it went off while I was cleaning it!" or, "I did not know it was loaded!" or, "It was jammed, and I tried to take it apart!"?

**IF A FIREARM GOES OFF, THERE WAS A ROUND OF AMMUNITION IN THE CHAMBER.** Period. "Clear" (or empty) the firearm of all ammunition before disassembling or cleaning.

As owner of your new Taurus® firearm, you are responsible for (1) keeping your finger off the trigger, (2) pointing the muzzle in a safe direction, (3) removing the magazine, (4) pulling the slide to the rear and locking it back, and (5) looking and feeling in the magazine well and chamber to confirm the pistol is empty. An empty firearm cannot fire.

## FIREARMS SAFETY SYSTEMS

Firearms safety is supported by a system. With your pistol, the system is made up of the following:

**1. You!** Your involvement in safety cannot be overemphasized. No safety component can keep your finger off the trigger and the muzzle pointed in a safe direction. Also, you are the key to never trusting any of the mechanical parts of the safety system.

**2. Indexing Pad/(RMP).** It is important to keep your finger off the trigger until you are ready to press the trigger and fire the pistol. If you keep your finger off the trigger you will not press it by accident and fire the pistol before you are ready to do so, thereby avoiding accidents. The indexing pad/(RMP) gives you a consistent place to put your trigger finger off the trigger, but in a ready position.



**⚠ WARNING**

The rules of safe firearm handling must be followed, even with the manual safety activated.

**3. Trigger Safety.** The trigger safety's purpose is to prevent the trigger mechanism from being actuated in the event the firearm was accidentally dropped. Once you are ready to fire, the trigger safety will move automatically in the fire position as you press the trigger.

**4. Firing Pin Block.** The firing pin block's purpose is to prevent the gun from firing in the event the firearm was accidentally dropped. The firing pin block interferes with the forward travel of the firing pin until the trigger is pulled. Once you are ready to fire, pressing the trigger moves this safety component from its "safe" (blocking) position to its "fire" (free) position.

**5. Trigger Guard.** This is a physical obstruction that helps prevent unintended pressing of the trigger or trigger safety. Do not modify the trigger guard.

**6. This Manual.** Taurus intends for you to use this manual to learn about your pistol and to help you use your pistol safely. If you use the manual, you will be a long way toward being a knowledgeable and safe firearms owner.



## PISTOL AND REVOLVER SIZE AND SAFETY

The selection of a revolver versus a pistol as well as the size, caliber and magazine capacity of a handgun are personal choices. There are many choices to be made, and there are advantages and disadvantages for each. When selecting a pistol, size has safety implications because of the way pistols are loaded.

Generally speaking, smaller handguns may require more attention to be handled safely than medium or full-size handguns. This is because their small size makes it easier to point the muzzle at your hand or to "sweep" (swing the muzzle across your body) yourself in ordinary handling.

When chambering a round, we recommend pulling the slide to the rear by gripping the rear of the slide, with the muzzle pointed straight and away from your body and in a safe direction.

## SAFE CARRY CONDITION

"Safe Carry Condition" is the most ready-to-fire condition that the user feels is reasonable under the circumstances. Generally, we believe that Taurus® pistols should be carried with a full magazine and an empty chamber. Under most circumstances, this provides the best balance of readiness and safety. On the plus side, if the chamber is empty, unintended discharges are minimized. However, the slide must be manipulated to load a round in the chamber. In emergency circumstances, this can be difficult to do safely and correctly.

If the user believes that he or she is faced with an increased threat, chambering a round is appropriate. For safety reasons, this should be done beforehand with the muzzle pointed in a safe direction, your finger off the trigger and on the indexing pad/(RMP). If equipped, place the manual safety in the "safe" position. How do you know you may be going into a more dangerous situation? That depends. If, for example, you carry cash to deposit after a business closing, this may well qualify. If a domestic partner is actively threatening you, this may qualify as well.

"Safe Carry Condition" is a judgment call and must be made by the user. Some users routinely face greater threats than others. Users must be aware of their situation and circumstances. Errors in judgment can have dire and tragic outcomes if firearms are present.

**8**  Always keep the muzzle pointed in a safe direction and finger off the trigger.

Always keep the muzzle pointed in a safe direction and finger off the trigger.  **9**

## CARRYING FIREARMS

Carrying a firearm can be dangerous. Carrying a firearm makes it more difficult to control the muzzle and makes it more likely that the firearm can be dropped or bumped causing the firearm to fire.

In almost all circumstances, it is safest to carry a handgun in a holster designed for that specific handgun. Carrying a handgun in a pocket without a specific designed In-Pocket Holster or a trigger shield or in a waist band without a belt clip is always a last choice. Carrying any handgun in a holster that fits the firearm and style of carry should prevent it from accidentally falling and you from losing control of the muzzle.

Except in rare high-threat circumstances, carry your pistol with a full magazine and an empty chamber. If the chamber is empty, the pistol cannot fire.

### ⚠ WARNING - CARRYING

Do not carry your firearm in any way that might let it fall or be bumped. If a firearm falls or is bumped, it may fire.

### ⚠ WARNING - CARRYING

Always review and follow the holster or luggage manufacturer's instructions or the firearm may fall or be bumped and fire.

## FIREARMS STORAGE AND GUN LOCKS

How you secure your firearms is a personal choice based on the unique circumstances in your home, business or vehicle and the laws of the state where your firearm is located. Any choice you make about securing your firearms will present advantages and disadvantages. You must weigh those advantages and disadvantages and choose which security method is best for you and those around you.

### ⚠ WARNING - LOCKING

Never lock a firearm with a round of ammunition in the chamber. Unlocking a loaded firearm makes it more difficult to maintain trigger discipline and to keep the muzzle pointed in a safe direction.

### ⚠ WARNING

Securing your firearm may inhibit access in a defensive situation and may result in injury or death.

### ⚠ WARNING

Failure to secure a firearm may result in injury or death. Properly securing a firearm means storing your firearm unloaded, decocked and securely locked, with all ammunition in a separate location.



FRONT SIGHT
SLIDE
TAKE DOWN PIN
BARREL
SLIDE CATCH
REAR SIGHT
INDEXING PAD
TRIGGER SAFETY
TRIGGER GUARD
TRIGGER
MAGAZINE RELEASE
INTERCHANGEABLE BACKSTRAP
GRIP
VISUAL LOADED CHAMBER INDICATOR
MAGAZINE

| | |
|---|---|
| **Model** | Taurus GX4 |
| **Caliber** | 9mm Luger* |
| **Action** | Single action only |
| **Capacity** | 11 + 1 rounds |
| **Barrel Length** | 3.06" |
| **Overall Length** | 6.05" |
| **Overall Height** | 4.30" |
| **Overall Width** | 1.00" |
| **Weight** (with empty magazine) | 18.5 oz. |
| **Sights** | Serrated Steel rear sight (Adjustable) Steel front sight with white dot |
| **Materials** | Frame: Stainless Steel Alloy Slide: Alloy Steel, Gas Nitride Treatment Barrel: Stainless Steel. Black DLC Coating Grip: Polymer |
| **Safety Devices** | Firing pin block, Trigger safety, Visual loaded chamber indicator |
| **Finish** | Matte black and matte stainless steel |
| **Remarks** | Reversible magazine release, Interchangeable backstrap |

### *NOTICE*

*9mm Luger is a cartridge caliber also commonly known as: 9mm / 9x19 / 9x19mm / 9mm Parabellum / 9mm Para

# LOCKING DEVICE INSTALLATION INSTRUCTIONS

---

### ⚠ WARNING - LOCKING DEVICES

- Always keep your firearm pointed in a safe direction, including when you are installing or removing your locking device.

- Always verify that your firearm is completely unloaded (see page 24) before installing your locking device.

- Do not install locking devices in the trigger guard; always keep your fingers and locking device outside the trigger guard during device installation and removal.

- Store firearms, ammunition and keys separately and securely, away from children and careless adults; do not store your firearm with the keys in the locking device.

- Do not attempt to work the action of your firearm with the locking device in place; this may damage your firearm.

- While locking devices are an important aid to security measures, they are not a substitute for safe firearm handling and proper storage. Remember that any mechanical device can be bypassed with enough time, knowledge, determination and equipment.

**LOCKING DEVICES MUST BE USED SAFELY AND RESPONSIBLY**

---

**It is important to use the locking device on your Taurus® firearm!**
Keep the muzzle pointed in a safe direction and your fingers outside the trigger guard at all times during installation of the locking device!

**To Install the Factory-Supplied Locking Device:**

1. Remove the magazine from your pistol.
2. Open the action completely, and verify that the firearm is completely unloaded and contains no cartridges or cartridge cases! Use the slide catch to keep the action open during installation of the locking device.
3. Insert the cable directly in your pistol as shown in Figure 1.
4. To lock: With the key turned to the farthest clockwise position, insert the loose end of the cable into the lock. Turn the key counterclockwise and remove the key.
5. Once the lock is securely closed, pull firmly on the lock to test the connection and be sure it is locked. Do not leave or store your firearm with the key in the lock! Store your locked, unloaded firearm and the key in secure, separate locations, away from ammunition, children, and unauthorized adults.





### ⚠ WARNING

Never leave your keys in the lock when the lock is installed on the firearm.

**AMMUNITION**

---

> ⚠️ **WARNING**
>
> Using the wrong ammunition in your pistol can result in serious bodily injury and damage to your pistol. Make certain the ammunition you load in the magazine is the same caliber as is marked on the pistol.

---

> ⚠️ **WARNING - AMMUNITION AND INDUSTRY STANDARDS**
>
> Use only clean, dry factory-loaded ammunition. Old, damaged, wet or oily ammunition may fire at pressures higher than industry standard, causing injury to you and bystanders or damage to your pistol.
>
> Do not use reloaded ammunition in your pistol. Its firing pressures are unknown and may well exceed industry standard, causing injury to you and bystanders or damage to your pistol.
>
> Odd sounds are signs of trouble. If a round "does not sound right" when it goes off, stop firing right away. A bullet may be stuck in the barrel. Firing the pistol in this condition may cause pressures higher than industry standard, causing injury to you and bystanders or damage to your pistol.
>
> If you hear any odd sounds when firing your pistol, stop firing, clear the pistol and "field strip" (or disassemble) the pistol in accordance with the procedures listed in this manual. Once the barrel is removed from the slide, look down the bore. If you do not see light, there is something stuck in the bore. Do not fire the pistol again, and take the pistol to a qualified gunsmith or contact the Taurus® Service department at 800-327-3776.

---

> ⚠️ **WARNING - LEAD EXPOSURE**
>
> Discharging firearms in poorly ventilated areas, cleaning firearms or handling ammunition may result in exposure to lead and other substances known to the state of California to cause birth defects, reproductive harm and other serious physical injury. Have adequate ventilation at all times. Wash hands thoroughly after exposure with soap and cold water.
>
> **SHOOTING OR CLEANING GUNS MAY EXPOSE YOU TO LEAD**

---

> ⚠️ **WARNING**
>
> "+P" ammunition can be dangerous. There is a detailed discussion about "+P" and "+P+" ammunition on page 18 of this manual. Until you have read that information, do not fire any ammunition marked "+P" in your pistol.

---

> ⚠️ **WARNING**
>
> Never fire ammunition marked "+P+" in your pistol. +P+ may not comply with industry standards as to chamber pressures.

---

> ⚠️ **WARNING**
>
> It is DANGEROUS to fire "+P+" ammunition in any Taurus® firearm, and doing so may result in serious bodily injury or death. The Sporting Arms and Ammunition Manufacturers Institute (SAAMI) does not recognize any "+P+" ammunition at all. These loads operate at unknown pressures.

---

There are only four calibers that can carry a "+P" rating from SAAMI. They are 38 Special +P, 9mm Luger +P, 38 Super Automatic and 45 Automatic +P. There are no other SAAMI approved "+P" loads. Any ammunition in any other caliber marked "+P" is not SAAMI compliant, may be dangerous and should not be used.

Only fire SAAMI rated Plus P ("+P") ammunition in Taurus® models designated by Taurus for +P use as below. **Firing +P ammunition in other Taurus products may be dangerous and can result in serious bodily injury or death.**

Model 856 small-frame revolver in 38 Special.
Model 850 small-frame revolver in 38 Special.
Model 851 small-frame revolver in 38 Special.
Model 85 Polymer small-frame revolver in 38 Special.
Model 82 medium-frame revolver in 38 Special.
Model 817 compact frame (tracker) revolver in 38 Special.
All firearms chambered in 38 Super Automatic.
All firearms chambered in 45 Automatic (ACP).
All firearms chambered in 9mm Luger.

---

### NOTICE

Even if your Taurus® firearm is rated for Plus-P ("+P") ammunition, such ammunition generates pressures significantly in excess of the pressures associated with standard ammunition. Such pressures may affect the useful life of the firearm or exceed the margin of safety built into many firearms. Unless you need +P ammunition, do not use it, particularly for practice.

---

## FIREARMS ARE NOT ALL ALIKE

Many makes and models of firearms might LOOK nearly the same. However, they differ widely in design, operation, and in the location and function of various controls. You may access the Taurus® website at TaurusUSA.com to view and print manuals.

### "JAMS"

SOMETIMES A CARTRIDGE OR SHELL CASE MAY BECOME "JAMMED" OR STUCK IN THE PISTOL. TO CLEAR THE JAM, (1) POINT THE MUZZLE IN A SAFE DIRECTION, (2) KEEP YOUR FINGER OFF THE TRIGGER AND ON THE INDEXING PAD/(RMP), (3) REMOVE THE MAGAZINE, THEN (4) PULL BACK THE SLIDE AND LOCK IT TO THE REAR. THE JAMMED CARTRIDGE OR CASE CAN NOW BE REMOVED BY SHAKING OR PICKING IT OUT.

---

### ⚠ WARNING - FIRING

The slide opens and shuts quickly while firing. Keep your face and hands away from rear of slide. Hot brass is ejected quickly and can burn you. Always wear shooting glasses, hat with brim, and hearing protection.

---

### ⚠ WARNING - ANY GUN MAY FIRE IF DROPPED

If dropped or struck, the pistol may fire.

---

### ⚠ WARNING

If dropped or struck the firearm should be inspected by a trained armorer/gunsmith for a complete function check. After the firearm was dropped or struck, mechanisms, including automatic safeties, may not function as intended resulting in accidental death or serious injury.

---

## OPERATING INSTRUCTIONS

> ### *NOTICE*
>
> The Taurus GX4 has a striker firing mechanism that operates as a conventional single action system. In other words, each time the slide cycles the striker is cocked.



1. To remove the magazine press the **magazine release button**, located near the **trigger guard**, with your thumb.



2. To load the **magazine** hold the bottom of the **magazine** with one of your hands and with the other hand insert the cartridges one at a time, pressing them down and to the rear. Insert the **magazine** into the pistol until it is held by the **magazine catch**. If the **magazine** is not correctly inserted into the pistol, it can fall out when you intend to shoot.



3. Hold the pistol with one hand keeping your finger away from the trigger and on the **Indexing pad/(RMP)**. With the other hand pull the **slide** to its rear limit and release it, the **slide** will go forward under **recoil spring** pressure and will insert one cartridge into the **chamber**.



4. The pistol is now ready-to-fire by pressing the **trigger**. After firing, the **slide** will recoil from gas pressure, ejecting the empty case and feeding another cartridge into the **chamber** from the **magazine**. The pistol is now ready to fire again.



5. After the last round, the **slide** will remain in the open position held by the **slide catch**. To return the slide to its rest position, press the **slide catch** downward just above the **left grip** or pull the **slide** to the rear and release it (you must remove the empty **magazine** first).

### ⚠ WARNING

These Taurus pistols do not have a magazine disconnect (safety). They are capable of firing with the magazine removed.

### ⚠ WARNING - FIRING

The slide opens and shuts quickly while firing. Keep your face and hands away from rear of slide. Hot brass is ejected quickly and can burn you. Always wear shooting glasses, hat with brim, and hearing protection.

### ⚠ WARNING - ANY GUN MAY FIRE IF DROPPED

If dropped or struck, the pistol may fire.

*Intentionally left blank*



## DISASSEMBLY

> ⚠️ **WARNING**
>
> Always wear eye protection that is specified for use with firearms (ANSI Z87.1+) every time you handle your firearm for cleaning and maintenance.



1. Before disassembly, always (1) keep your finger off the **trigger** and on the **Indexing pad/(RMP)**, (2) point the **muzzle** in a safe direction, (3) remove the **magazine** by pressing the **magazine release button**, (4) Clear the **chamber** and make sure it is empty, and (5) look and feel the **magazine** well and **chamber** to confirm the pistol is empty. An empty firearm cannot fire.



> ⚠️ **WARNING**
>
> After removing the magazine, always check the chamber and make sure it is empty.

2. On the right side of the pistol is the **take down pin** (see page 12), using a flat head screwdriver, rotate the **take down pin** 1/4 turn counterclockwise to unlock the **slide** from the **grip**.



3. While pointing the pistol in a safe direction, pull the **trigger** and push the **slide** forward away from the **grip** to separate it from the **slide**.



4. Release the **recoil spring assembly** from its position on the bottom of the **barrel**.

> ⚠️ **WARNING**
>
> Take care to prevent the forcible ejection of the recoil spring assembly as the spring is compressed.



5. Remove the **barrel** from the **slide** by pulling it to the front and up.

**24**   Always keep the muzzle pointed in a safe direction and finger off the trigger.

Always keep the muzzle pointed in a safe direction and finger off the trigger.   **25**

# MAGAZINE DISASSEMBLY







⚠ **WARNING**

Take care to prevent the forcible ejection of the magazine spring plate and compressed magazine spring.

⚠ **WARNING**

Always wear eye protection that is specified for use with firearms (ANSI Z87.1+) every time you handle your firearm for cleaning and maintenance.

1. Use a **punch** to press in on **magazine spring seat/clip** as shown in figure 1.

2. Slide the **magazine floor plate** toward the front of the magazine as shown in figure 2.

3. Withdraw **magazine spring plate** and **magazine spring** from **magazine body**. Turn magazine upside down and remove magazine follower.

⚠ **WARNING**

No further disassembly is recommended unless done by a qualified gunsmith.

# ASSEMBLY

In order to reassemble the pistol, proceed by reversing the disassembly procedure and observe the following details:



1. Place **barrel** in the **slide** and push it to the rearward position.



2. Insert the **recoil spring** assembly into the **slide** over the **barrel**, compressing the **spring** slightly to get it into position.



3. The **slide** should be mounted on the **frame** and pulled fully to the rear. Engage the **slide catch**. Using a flat head screwdriver, rotate the **take down pin** clockwise 1/4 turn until the slot is positioned vertically. Release the **slide** by pulling down on the **slide catch**.



4. With the **magazine** removed, you should cycle the **slide** several times, to insure that the **barrel / slide / frame** fit together properly.

## CARE AND MAINTENANCE

The firearm may be cleaned and lubricated under normal conditions with the disassembly steps described in pages 24-25.  We recommend you clean and lubricate your firearm at least every 200 rounds for optimal performance. At the same time check for any lose screws or pins. Tighten the screws and press pins back in as needed.

To keep a firearm safe and in good working condition, it must be kept clean and covered with a light film of good quality gun oil to prevent corrosion. The barrel bore should be cleaned and left free of debris. Follow these steps:

> ### ⚠ WARNING
>
> Before cleaning, (1) point the muzzle in a safe direction, (2) keep your finger off the trigger and on the indexing pad/(RMP), (3) remove the magazine, then (4) pull back the slide and lock it to the rear, (5) look and feel the magazine well and chamber to confirm the pistol is empty. Never attempt to clean a loaded firearm.

- Remove excessive firing residue from the bore and chamber using a properly fitted brass brush dipped in a gun cleaning solvent.  Finish the bore cleaning process by running a dry cotton cloth patch through the bore to remove remaining residue and solvent.

- Clean the exterior of the firearm, slide and rails using a non abrasive cleaning cloth. Remove dust and residue from small crevices using a small brush.

- Lubricate the frame rails and barrel lockup points.

- After cleaning, rub the pistol with a lightly oiled cloth.

Please note that a firearm with laser should not be cleaned in a well or supersonic machine that submerges the firearm, as this process can damage the laser system.



## INSTALL INSTRUCTIONS

The Taurus GX4 T.O.R.O. comes with a factory-installed slide cover. Use the following instructions to install a red dot sight:

- Remove the slide cover from the slide by removing the 2 screws (screw type M4x0.7).

- Ensure the surface of the slide under the cover is clean and free of debris.

- Place desired red dot sight on top of the slide. Additional positioning pins are only necessary for some models. If using the Trijicon Red Dot, you will need an adapter plate (see page 31).

- Place a small amount of Loctite 242 on the thread of each screw selected for the desired red dot. **We recommend the use of the screws included with your Optic of choice but verify that they are (M4 x 0.7mm). Alternatively you may also use the screws provided with the slide cover. Make sure you have a minimum of 4 threads of engagement.**

- Screw in the two screws applying 8.2 in-lbs of torque.

- Let the Loctite cure for a period of 24 hours before using the firearm.

## COMPATIBLE RED DOT SIGHTS

| | |
|---|---|
| Riton 3 TACTIX MPRD 2 | Sig RomeoZero |
| SIGHT MARK MINI SHOT A-SPEC M3 | Hex Wasp |
| Shield RMSc | Trijicon RMRcc* |
| Holosun HS507k | |

*NOTE: The adapter plate for the Trijicon red dot is sold separately. Available at ShopTaurus.com

Case 2:23-cv-02372-DGC   Document 12   Filed 12/22/23   Page 35 of 40



COVER SCREWS (TORX - T15)

SLIDE COVER

ADDITIONAL POSITIONING PIN*

(M4 x 0.7 THREAD)

SLIDE

COVER SCREWS (TORX T-15) OR OPTIC SCREWS

OPTICS SIGHT
(Not included)

ADDITIONAL POSITIONING PIN*

(M4 x 0.7 THREAD)

SLIDE

OPTIC SCREW
(Not included)

OPTICS SIGHT
(Not included)

COVER SCREWS (TORX - T15)

TRIJICON ADAPTER PLATE*
(Not included)

ADDITIONAL POSITIONING PIN

(M4 x 0.7 THREAD)

SLIDE

*Additional positioning pins are only necessary for some models.

*NOTE: Adapter plate for the Trijicon red dot sold separately, Available at: ShopTaurus.com

30   Always keep the muzzle pointed in a safe direction and finger off the trigger.

Always keep the muzzle pointed in a safe direction and finger off the trigger.   31

# EXPLODED VIEW



## PART LIST

| | |
|---|---|
| 1 | SLIDE ASSEMBLY |
| 1.1 | SLIDE |
| 1.2 | FRONT SIGHT |
| 1.3 | EXTRACTOR PIN SPRING |
| 1.4 | EXTRACTOR PIN |
| 1.5 | EXTRACTOR |
| 1.6 | EXTRACTOR SPRING |
| 1.7 | FIRING PIN BLOCK SPRING |
| 1.8 | FIRING PIN BLOCK |
| 1.9 | FIRING PIN ASSEMBLY |
| 1.9.1 | FIRING PIN SPRING BUSHING |
| 1.9.2 | FIRING PIN SLEEVE |
| 1.9.3 | FIRING PIN RETURN SPRING |
| 1.9.4 | FIRING PIN |
| 1.9.5 | FIRING PIN SPRING |
| 1.10 | SLIDE CAP |
| 1.11 | REAR SIGHT |
| 1.12 | FRONT SIGHT SCREW |
| 2 | BARREL |
| 3 | RECOIL SPRING ASSEMBLY |
| 3.1 | INTERNAL RECOIL SPRING GUIDE |
| 3.2 | EXTERNAL RECOIL SPRING GUIDE |
| 3.3 | ASSEMBLY RECOIL SPRING SCREW |
| 3.4 | EXTERNAL RECOIL SPRING |
| 3.5 | INTERNAL RECOIL SPRING |
| 4 | FRAME ASSEMBLY |
| 4.1 | FRAME |
| 4.2 | BARREL DISCONECTOR AXIS |
| 4.3 | REAR SUPPORT |
| 4.4 | SEAR |
| 4.5 | SEAR PIN |
| 4.6 | SEAR SPRING |
| 4.7 | TRIGGER ASSEMBLY |
| 4.7.1 | TRIGGER |
| 4.7.2 | TRIGGER BAR |
| 4.7.3 | TRIGGER SAFETY PIN |
| 4.7.4 | TRIGGER SAFETY SPRING |
| 4.7.5 | TRIGGER SAFETY |
| 4.7.6 | TRIGGER SPRING |
| 4.8 | SLIDE CATCH SPRING |
| 4.9 | SLIDE CATCH |
| 4.10 | TRIGGER PIN |
| 4.11 | TAKEDOWN PIN |
| 4.12 | REAR SUPPORT PIN |
| 4.13 | REAR SUPPORT PIN |
| 5 | GRIP ASSEMBLY |
| 5.1 | GRIP |
| 5.2 | MAGAZINE RELEASE |
| 5.3 | MAGAZINE RELEASE SPRING |
| 5.4 | BACKSTRAP SMALL |
| 5.5 | BACKSTRAP LARGE |
| 5.6 | BACKSTRAP PIN |
| 6 | MAGAZINE ASSEMBLY 11 ROUNDS |
| 6.1 | MAGAZINE BODY 11 ROUNDS |
| 6.2 | MAGAZINE SPRING |
| 6.3 | MAGAZINE SPRING PLATE |
| 6.4 | MAGAZINE BOTTOM |
| 6.5 | FOLLOWER |

## TAURUS SERVICE

Should your firearm require adjustment or repair, contact our Customer Care department at 800-327-3776.

Please follow these suggestions to expedite service in the United States to return any firearm to us for adjustment or repair.

1. Federal law permits you to return your firearm to the manufacturer for service via common carriers. However, state and local firearms laws vary greatly; you should consult your local prosecuting attorney regarding any restrictive laws in your jurisdiction regarding your shipment or receipt of firearms. With the above in mind, it is strongly recommended that any firearm sent to us for repair be sent through a federally licensed dealer.

2. All firearms must be shipped to us prepaid. WE WILL NOT ACCEPT COLLECT SHIPMENTS.

3. Warranty Service: If your product is covered under the Taurus® Limited Lifetime Warranty (https://warranty.taurususa.com ) or was manufactured prior to January 1, 2017, you must contact Taurus to receive warranty service. You may contact Taurus by calling 800-327-3776, logging onto https://taurususa.com, or in writing: Taurus, Attn: Warranty Service, 100 Taurus Way, Bainbridge, GA 39817. Please include a description of the claimed defect, along with your name, address, telephone number, model and serial number of your firearm, proof of purchase, and date of purchase.

4. FIREARMS MUST BE SHIPPED UNLOADED. Double check the chamber of your firearm before shipping. If firearms are sent to Taurus in a loaded condition, we are required by law to notify the Federal authorities.

5. DO NOT include telescopic sights, custom grips, holsters, or other accessories with any firearm shipped to us.

## PARTS

Firearms require periodic maintenance, inspection, adjustment and repair. If your pistol has a malfunction, be safe. Stop firing, "clear" and unload the pistol and take it to a qualified gunsmith. Before shooting it again, contact our Customer Care department if you have any questions.

If water, sand, or other foreign matter gets in your pistol, field strip it (see pages 24-25) and thoroughly clean it. Failure to keep your firearm clean and in proper working order can be dangerous.

Our Customer Care department maintains a full stock of replacement parts for current Taurus firearms. Even though most gunsmiths have the knowledge, training and ability to make the necessary repairs to your firearm, the skill and workmanship of any particular gunsmith is totally beyond our control. Should your firearm require service, return it to our Customer Care department.

Remember, unauthorized adjustments or parts replacement can void your warranty. If you choose to have someone else do the required work, the purchaser and/or installer of parts must accept full responsibility for the correct adjustment and function of the firearm.



## TAURUS® LIMITED LIFETIME WARRANTY

Taurus® hereby provides the following **LIMITED LIFETIME WARRANTY** to the original purchaser of the enclosed Taurus firearm subject to the terms and conditions set forth below. **THIS IS THE ONLY WARRANTY EXTENDED BY TAURUS COVERING THIS FIREARM**.

### What does the warranty cover and what is its duration?

Taurus warrants to the original purchaser that the enclosed firearm was made free of defects in material, function, and workmanship. Taurus promises to remedy any defect in material, function or workmanship for the entire time that the original purchaser owns the firearm. This warranty covers the firearm's finish, grips, magazines, sights or accessories for the first year. Any claims of defect related to lasers must be directed to the manufacturer of the laser. This warranty terminates automatically upon the transfer of this firearm to any individual or entity other than the original purchaser.

Disclaimer and Limitation of Remedy

**ANY IMPLIED WARRANTIES OF MERCHANTABILITY IMPARTED BY STATE LAW WILL BE LIMITED TO ONE (1) YEAR.**

Some States do not allow limitations on how long an implied warranty lasts, so the above-limitation may not apply to you.

**ANY AND ALL INCIDENTAL AND CONSEQUENTIAL DAMAGES ARE EXPRESSLY DISCLAIMED UNDER ALL CIRCUMSTANCES.**

Some States do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This **LIMITED LIFETIME WARRANTY** gives you specific legal rights, and you may also have other rights which vary from State to State.

Taurus will not be responsible for:

1. Defects or malfunctions resulting from careless handling, unauthorized adjustments or modifications.
2. Use of defective or improper ammunition, reloaded ammunition, corrosion, neglect, abuse, ordinary wear and tear or unreasonable use.
3. Criminal misuse, negligence or use under the influence of drugs or alcohol.

### How do you obtain warranty service?

The warranty becomes effective only if activated by the original purchaser within thirty (30) days of the purchase date by registering online at: https://warranty.taurususa.com or by calling Taurus at 800-327-3776.

You must contact Taurus to receive warranty service. You may contact Taurus by calling 800-327-3776, logging onto https://taurususa.com, or in writing: Taurus, Attn: Warranty Service, 100 Taurus Way, Bainbridge, GA 39817. Please include a description of the claimed defect, along with your name, address, telephone number, model and serial number of your firearm, proof of purchase, and date of purchase.

**36** Always keep the muzzle pointed in a safe direction and finger off the trigger.

Always keep the muzzle pointed in a safe direction and finger off the trigger. **37**

**38**  Always keep the muzzle pointed in a safe direction and finger off the trigger.

Always keep the muzzle pointed in a safe direction and finger off the trigger.  **39**



## IMPORTANT
## DO NOT DISCARD

**KEEP THIS MANUAL WITH THE FIREARM
UPON CHANGE OF OWNERSHIP.**

**TAURUS ARMAS S.A.**
Av. São Borja, 2181 – Prédio A
São Leopoldo/Fazenda São Borja
Rio Grande do Sul
93.035-411
Brasil

**TAURUS INTERNATIONAL
MANUFACTURING, INC.**
100 Taurus Way
Bainbridge, GA 39817
Telephone: 1-800-327-3776

**TAURUSUSA.COM**

045-0035-00 Rev. 1